**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GENARO CAMPOS,

                Plaintiff,

      -against-

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.
-----------------------------------------------------------X

18 CIVIL 9809 (DF)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated March 18, 2020, Defendant's motion for judgment on the pleadings is granted, Plaintiff's cross-motion for judgment on the pleadings is denied, and the decision of the Commissioner is AFFIRMED; accordingly, this case is closed.

**Dated:** New York, New York
         March 18, 2020

                                  **RUBY J. KRAJICK**
                                  Clerk of Court
              BY:        */s/ K. Mango*
                                    **Deputy Clerk**